HOLT ET AL. *v.* ALLEGHANY CORP. ET AL.

No. 131. Argued March 21, 1966.—Decided April 18, 1966.*

*Stuart N. Updike* argued the cause for petitioners in both cases. With him on the briefs were *Lee W. Meyer, Ronald S. Daniels* and *Richard J. Barnes.*

*Mark F. Hughes* and *Walter R. Mansfield* argued the cause for respondents in both cases. With *Mr. Hughes* on the brief for respondent Alleghany Corp. were *Allan F. Conwill* and *Vincent R. FitzPatrick.* With *Mr. Mansfield* on the briefs for respondent Allan P. Kirby were *Eugene V. Rostow* and *Breck P. McAllister;* for respondent Fred M. Kirby were *John E. Tobin* and *Ben Vinar;* and for respondent Ireland were *Eugene V. Rostow* and *John J. McCann.*

*Simon V. Haberman* filed a brief for Randolph Phillips in No. 132, as *amicus curiae,* urging reversal.

PER CURIAM.

The writs of certiorari are dismissed as improvidently granted.

MR. JUSTICE BLACK dissents from dismissal of the writs and would reverse the judgments of the Court of Appeals and district courts substantially for the reasons stated in Judge Friendly's dissent in the Court of Appeals, 333 F. 2d 327, 338.

---

*Together with No. 132, *Holt et al.* v. *Kirby et al.,* also on certiorari to the same court.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent from the dismissal of the writs, believing that these cases having been taken for review should be adjudicated on the merits.

MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS took no part in the consideration or decision of these cases.